# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
        **Plaintiff,**
  v.                                                  Case No. 03-CR-237

**WILLIS PICKENS,**
        **Defendant.**

## ORDER

For the reasons stated on the record at today's hearing, and pursuant to 18 U.S.C. §§ 3583(d) & (e)(2),

**IT IS ORDERED** that defendant serve 48 hours in jail. He shall report to the United States Marshal between 12:00 noon and 2:00 p.m. on Friday, September 19, 2014.

Dated at Milwaukee, Wisconsin, this 18th day of September, 2014.

                                        s/ Lynn Adelman
                                        LYNN ADELMAN
                                        District Judge