# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

  **v.**                                                      **Case No. 03-CR-237**

**WILLIS PICKENS,**
    **Defendant.**

## ORDER

For the reasons stated on the record at today's hearing, and pursuant to 18 U.S.C. § 3583(e)(1),

**IT IS ORDERED** that defendant's term of supervised release is terminated.

Dated at Milwaukee, Wisconsin, this 18th day of December, 2014.

                                   s/ Lynn Adelman
                                   LYNN ADELMAN
                                   District Judge